UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMARES,<br>CHARLENE BOEH,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY CERES ET.AL.,<br><br>        Defendant. | No.  1:14-CV-01484-LJO-MJS<br><br>**ORDER FOR AMENDED APPLICATION** |

    Plaintiff's Richard Pomares and Charlene Boeh filed a complaint on September 23, 2014, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915.  Plaintiff's *in forma pauperis* applications are incomplete and cannot be approved. They do not provide the information called for in connection with their responses at item numbers 9 and 10 on page 5 of the application.

    Within 10 days of the date of this Order, Plaintiffs shall file amended applications addressing these deficiencies or see their request to proceed *in forma pauperis* denied.

IT IS SO ORDERED.

Dated:  November 5, 2014                     /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE