UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMARES<br>CHARLENE BOEH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CERES ET. AL.,<br><br>　　　　　Defendant. | No. 1:14-CV-1484-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS RICHARD POMARES ONLY**<br><br>**(ECF No. 9)** |

　　　　Plaintiff, Richard Pomares ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on November 14, 2014. (ECF No. 9)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff, Richard Pomares's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

　　　　Dated:　　November 21, 2014　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1