UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMARES<br>CHARLENE BOEH,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF CERES, et al.,<br><br>        Defendants. | No. 1:14-CV-1484-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS TO CHARLENE BOEH**<br><br>**(ECF No. 13)** |

Plaintiff Charlene Boeh is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on April 29, 2015. (ECF No. 13)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees.  Plaintiff Charlene Boeh's Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   May 14, 2015           /s/ *Michael J. Seng*
                                                                                   UNITED STATES MAGISTRATE JUDGE

1