UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMARES<br>CHARLENE BOEH,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF CERES, et al.,<br><br>            Defendants. | CASE NO. 1:14-CV-1484-LJO-MJS<br><br>ORDER (1) GRANTING PLAINTIFFS' MOTION FOR STATUS (ECF NO. 12) AND (2) FORWARDING SERVICE DOCUMENTS TO PLAINTIFFS FOR COMPLETION |

Plaintiffs are proceeding *pro se* and *in forma pauperis* in this action brought pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiffs' request for status and clarification. (ECF No. 12.) Plaintiffs seek a status on Plaintiff Charlene Boeh's *in forma pauperis* application and service on Defendants.

On May 15, 2015, the Court granted Plaintiff Boeh's *in forma pauperis* application. The Court finds that service of the Complaint is appropriate.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for a status is GRANTED;
2. The Clerk of the Court shall send Plaintiffs four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction

sheet, and a copy of the Complaint (ECF No. 1) filed September 23, 2014;

3. Within thirty (30) days from the date of this order, Plaintiffs shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each Defendant; and

    c. Five (5) copies of the endorsed Complaint filed September 23, 2014;

4. Plaintiffs need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: May 20, 2015            /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE